**E-FILED**
Wednesday, 21 January, 2015  02:55:17 PM
Clerk, U.S. District Court, ILCD

US DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
(PEORIA DIVISION)

Henry Mounson                                        No.
        Plaintiff

    vs.

Dr. Andrew Tilden, Dr. Gina Jefferson

And Lieutenant S. Punke
            Defendants

CAUSE OF ACTION FOR DELIBERATE INDIFFERENCE,
CIVIL CONSPIRACY AND MISUSE OF FORCE

   Now comes plaintiff, Henry Mounson, filing this cause of
Action for Deliberate Indifference, Civil Conspiracy And misuse
of force, And state As follows:

(1) I, Henry Mounson, Am the plaintiff in this cause of Action,
    And was All times An inmate in Pontiac.

(2) The defendant, Andrew Tilden, is A medical doctor Employed
    At Pontiac correctional center, And was At all times
    Employed At Pontiac correctional center.

(3) The defendant, Gina Jefferson, is A medical doctor Employed
    At UIC in Chicago, And was At All times Employed At
    UIC in Chicago.

(4) The defendant, Lieutenant S. Punke, is A lieutenant
    Employed At Pontiac correctional center, And was At all
    times Employed At Pontiac correctional center.

COUNT I DELIBERATE INDIFFERENCE

(5) In July of 2013 the defendant Gina Jefferson put a faulty voice prosthesis in plaintiff's throat.

(6) The faulty prosthesis is blocking plaintiff's swallowing passage, causing plaintiff continuous pain, doesn't work, and makes it difficult for plaintiff to eat.

(7) The plaintiff has lost over 50lbs from not being able to adequately eat.

(8) The plaintiff has ~~~~~~ continuously complained to the defendants Dr. Tilden and Dr. Jefferson about not being able to adequately eat and being in continuous pain as a result of the faulty prosthesis.

(9) The defendants refuse to remove or replace the faulty prosthesis.

(10) The defendants Dr. Tilden and Dr. Jefferson are conspiring together, falsifying plaintiff's medical records, trying to make it appear as if defendants are providing plaintiff adequate medical treatment, but all along leaving plaintiff out to dry.

(11) The plaintiff's throat is in continuous pain and will remain in continuous pain unless this court intervenes.

COUNT II CIVIL CONSPIRACY

(12) Plaintiff re-alleges count 5 thru 11

COUNT III MISUSE OF FORCE

(13) On July 21, 2013 the plaintiff was in the bullpen

(14) The defendant, ~~████~~ lieutenant S. Purke, unlawfully, maliciously and sadistically, while plaintiff was in the bullpen, maced plaintiff three times.

(15) The defendant, lieutenant S. Purke, was aware that plaintiff had a hole in his throat.

(16) The defendant, lieutenant S. Purke, ~~████~~ KNEW that the mace would cause plaintiff extreme breathing problems.

(17) The mace caused plaintiff's skin, throat and body to burn. It also caused plaintiff extreme problems breathing.

RELIEF REQUESTED

(18) That plaintiff be awarded compensatory and punitive damages.

(19) That plaintiff receive a new prosthesis

State of Illinois

AFFIDAVIT

I, Henry Mounson, being duly sworn under oath state that I am the plaintiff in the above cause of action and state the content thereof are true and correct to the best of my knowledge.

\S\ Henry Mounson
Henry Mounson M73406
PO Box 99
Pontiac, Il 61764